## BRYAN COUNTY STATE BANK v. KIMBALL.

No. 1161.   Opinion Filed October 10, 1911.

*Error from Atoka County Court; J. H. Linebaugh, Judge.*

*Semple & Moore,* for plaintiff in error.

*J. M. Humphreys,* for defendant in error. 

Opinion by AMES, C.   The petition in error and case-made were filed in this court October 25, 1909.   On April 25, 1910, a stipulation was filed extending the time for. filing briefs until September 1, 1910.   On December 28, 1910, the defendant in error filed a motion to dismiss the appeal because the plaintiff in error had not filed its brief as required by rule 7 of the court (20 Okla. viii, 95 Pac. vi).   No briefs have yet been filed by the plaintiff in error, and no reason has been submitted for failure

to do so.   The appeal therefore should be dismissed for want of prosecution.   Dismissed.

By the Court:   It is so ordered.

All the Justices concur.